UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 11-CV-14026-Graham/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat / div 550/1983/FTP
Case # ____
Judge ____ Mag White
Motn Ifp Yes Fee pd $ ____
Receipt #



FILED by ____ D.C.
JAN 25 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: ____________________

Demetrius Davis
(Enter the full name of the plaintiff in this action)

v.

Daryl Loar
Fabian Pierce
Adam Bailey

(Above, enter the full name of the defendant(s) in this action)

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

**I. Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: Demetrius Davis

Inmate #: 09-5139

Address: 4055 41st Ave Vero Beach

FL 32960

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Deryl Loar

is employed as Sheriff of Indian River County

at 4055 41st Ave. Vero Beach FL. 32960

C. Additional Defendants: Fabian J. Pierce

Lt Deputy Division Commander of operations

4055 41st Ave Vero Beach FL. 32960

Adam Bailey
(Sgt.) Supervisor of Maintenance
4055 41st Ave Vero Beach FL 32960

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

Myself Demetrius Davis and inmate Eric Kittman are currently being housed at the Indian River County Jail as inmates. Our housing designation is 2D (cell) 211, 2D (cell) 212. These are isolated cells designed to house administrative confinement inmates whom are subject to lock down for 23 hours a day.

Upon placement into these cells on December 3, 2010 It was noted of the frigid air temperatures inside these cells. On 12/7/10 D.D.C Pierce was advised in person of these frigid living conditions

## II Statement of Claim pg. 2 of 2

advising him that the problem had not been fixed. The grievance also noted that the following personel whom are employed as correctional deputies have commented on the frigid air temperatures: D/s Lewis, D/s Gamble, D/s Dexter, D/s Nolk, D/s Harding, D/s Morgan, D/s Bradshaw, D/s Case, D/s Jones, D/s Stevens and Corporal Shoemaker. The following correctional deputies commented on the frigid air temperatures but also filed work orders with the maintenance dept. (whom is supervised by Sgt Adam Bailey) D/s Kean, D/s Soleman, D/s M Wingate, D/s Bermudez and D/s Thomas. The following correctional Sgt's noted this problem in there reports and have also contacted maintenance in an attempt to resolve this problem. Sgt. Berg on 12/22/10, Sgt Clark on 12/21/10, 12/?/10, 1/1/11, 1/4/11 and Sgt. Lamanaco on 1/5/11. Also noted was the following medical personel: Nurses Rosemary, Erlen, Patricia and Linda, whom work at the Jail and distribute medication in this affected area have commented." That this area is much, much to cold and extremely unhealthy for humans to inhabit such an area without protective clothing (which we do not have access to). Harmful effects of even temporary housing in this environment may cause elevated blood pressure, onset of bronchial spasms, Peripheral neuropathy which results in permanent damage to the nerves of the hands and feet.

II Statement of claim pg. 3 of 3

Inmate Kratman and myself also quoted the Florida Model Jail Standards (minimum standards for which any county Jail may operate under) as follows. 16.05 (excerpt) "Heating, ventilating and/or air conditioning shall be designed to maintain temperatures at a normal comfort range in the occupied areas of the facility." Also Standard 12.06 (D)(4) "Adequate heating facilities shall be provided to maintain a minimum temperature of 60 degrees fahrenheit at a point twenty inches above the floor in the inmate sleeping area." As of 1/8/11 this grievance has not been responded to nor has any corrective action been taken to correct this cruel and dangerous housing environment.

D.D.C. Pierce commented to myself that he agreed that it was "freezing" and would notify Sgt. Baily to fix the problem. On 12/17/10 inmate Kratman and myself filed an institional grievance to D.D.C. Pierce

## III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

I ask the Court to place Sanctions against the defendants for there actions which are forcing inmates to be housed in Cruel and dangerous living enviroment with More than adequate knowledge provided to them by there own Correctional deputies and Medical personel employed by the Indian River County Sheriff's office. Furthermore to respond immediately and correct these cruel and dangerous living enviroment.

## IV. Jury Demand

Do you demand a jury trial? ☒ Yes ☐ No

Signed this 8 day of January, 2011

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 1/8/11

(Signature of Plaintiff)

GREGG BERG
Commission # DD 924060
Expires September 10, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

DEMETRIUS DAVIS
4055 41 SW AVE
VERO BEACH FL
32960
Inmate # 09-5139